IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0453-04





ROBERT DODD, Appellant



v.



THE STATE OF TEXAS





ON STATE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SIXTH COURT OF APPEALS


HARRIS COUNTY





 PER CURIAM.

 


 This case arises from a revocation of probation. The Court of Appeals found the evidence
insufficient to support revocation. In its petition for discretionary review, the State contended that
the evidence was sufficient. After reviewing the parties' briefs and the relevant portions of the
record, we conclude that our decision to grant the petition was improvident. Accordingly, we dismiss
the State's petition for discretionary review. See TEX. R. APP.P. 69.3.

Date delivered: June 29, 2005

Do not publish